UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON AZEVEDO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC dba O'REILLY AUTO PARTS, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-CV-02104-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]**<br><br>Case Filed:  August 12, 2015 |

Pending before the Court is a joint stipulation to dismiss the action with prejudice.  Having reviewed the joint stipulation, and good cause appearing, the Court **GRANTS** the joint stipulation and **DISMISSES** the action, including all claims asserted by Plaintiff Aaron Azevedo in his Complaint, **WITH PREJUDICE**.  Each party is to bear their own attorneys' fees and costs of suit.  The Clerk is instructed to terminate the action.

**IT IS SO ORDERED.**

**Dated:  February 23, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE